NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLENN DEFENSE MARINE (ASIA), PTE LTD.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5071

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-852, Judge Frances M. Allegra.

---

## ON MOTION

---

## ORDER

Upon consideration of Glenn Defense Marine (Asia), Pte Ltd.'s petition for panel rehearing,

IT IS ORDERED THAT:

The United States is directed to respond within 14 days from the date of filing of this order.

FOR THE COURT

APR 1 8 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David S. Black, Esq.
P. Davis Oliver, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2012

JAN HORBALY
CLERK